**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6106**

THOMAS WALTER WRIGHT,

Plaintiff - Appellant,

versus

CHIEF SWING; K. W. BRADY; SAM POST; R. D.
BALL; G. W. HASTINGS; J. BRYANT; CITY OF
GREENSBORO, A Municipal Corporation; WALLACE
C. HARRELSON, Public Defender for the
Eighteenth Judicial District; GREENSBORO
POLICE OFFICERS,

Defendants - Appellees.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  James A. Beaty, Jr.,
District Judge.  (1:05-cv-00264-JAB)

Submitted: June 22, 2006                    Decided: June 28, 2006

Before NIEMEYER, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Walter Wright, Appellant Pro Se.  Polly D. Sizemore, HILL,
EVANS, DUNCAN, JORDAN & DAVIS, P.L.L.C., Greensboro, North
Carolina; Grady L. Balentine, NORTH CAROLINA DEPARTMENT OF JUSTICE,
Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Walter Wright appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wright v. Swing</u>, No. 1:05-cv-00264-JAB (M.D.N.C. Dec. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>